IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 3:16-bk-01928 |
| **Nicholas James Klingerman** ) | |
| xxx-xx-3665 ) | |
| ) | |
| **Debtor** ) | |
| ) | |

### NOTICE TO CHANGE DEBTOR ADDRESS

Comes Nicholas James Klingerman, by and through counsel, and hereby amends to correct the debtor's address as follows:

Nicholas James Klingerman
902 Leaf Ave
Murfreesboro, TN 37130.

Date: July 6, 2016

    Respectfully submitted,

    **/s/Jennifer L. Johnson**
    **Jennifer L. Johnson Reg. #030779**
    Attorney for Debtor
    302 42nd Ave. No.
    Nashville, Tennessee 37209
    (615) 386-0075 phone (615) 864-8419 fax
    ecfmail@tennessee-bankruptcy.com